## Joe Rudzinski, Appellee, v. Grover C. Elmore, Appellant.

### Gen. No. 22,780.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. CHARLES A. WILLIAMS, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed March 26, 1917.

### Statement of the Case.

Action by Joe Rudzinski, plaintiff, against Grover C. Elmore, defendant, to recover money paid. From a judgment for plaintiff for two hundred and seventy dollars, defendant appeals.

ENOS W. SHAW and WILL C. MOODY, for appellant.

ROBERT W. DANIELS, for appellee.

MR. PRESIDING JUSTICE McSURELY delivered the opinion of the court.

### Abstract of the Decision.

VENDOR AND PURCHASER, § 57*—*when evidence insufficient to show contract of purchase.* In an action to recover money paid, the evidence *held* to show that such money was paid as part of a certain sum to be paid as earnest money on a contract of purchase of certain real estate to be made subsequently between plaintiff and defendant when such sum was raised in full by plaintiff, and was not paid on a contract of sale, and that defendant refused to enter into such contract for the particular real estate concerning which he and plaintiff had negotiated.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.